O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY M. MURRAY, | ) | CASE NO. CV 08-01719 VBF (RZ) |
| Petitioner, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| V.M. ALMAGER, WARDEN, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 30, 2010

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE