**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY M. MURRAY,<br><br>        Petitioner,<br><br>   vs.<br><br>V.M. ALMAGER, WARDEN,<br><br>        Respondent. | CASE NO. CV 08-01719 VBF (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of GARY M. MURRAY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 30, 2010

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE